United States Courts
Southern District of Texas
FILED

OCT 17 2022

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Gaia Herbs, Inc., ) | Civil Action No. 3:22-cv-352 |
| ) | |
| Plaintiff, Counter-Defendant ) | |
| ) | |
| v. ) | |
| Gaea Hempworks, LLC, ) | |
| ) | |
| Defendant, Counterclaimant ) | |
| ) | |

## MOTION TO DISMISS WITH PREJUDICE

NOW COMES GAEA HEMPWORKS, LLC, Defendant and Counterclaimant, this their Motion to Dismiss and would respectfully show unto the Court the following:

### I.

### INTRODUCTION

Defendant moves for dismissal on the grounds that the Plaintiff is operating its business(es) unlawfully, under the Federal FDAC, the Lanham Act, as well as violating U.S. Patent and Trademark Regulations.

### II.

### FACTS

Plaintiff claims that Defendant has infringed on its registered trademarks and subsequently is losing profits due to similarity of products between the parties. Defendant denies these claims, stating that both parties market under different avenues due to the nature of each

1

one's products – Plaintiff sells dietary and herbal supplements and Defendant sells purely cannabinoid (CBD) products.

## III.

### PLAINTFF ACTING UNLAWFULLY UNDER ITS TRADEMARKS

Plaintiff violates the Federal Food Drug and Cosmetics Act under section 201(ff)(3)(B) of the FD&C Act [21 U.S.C. §321 (ff)(3)(B)] by adding cannabinoid (CBD) oils to its dietary supplements. Further, per the Trademark Manual of Examining Procedure (TMEP) §907 Plaintiff violating the U.S. Patent and Trademark Office regulations by marketing its hemp products under its federally registered dietary and herbal supplements trademarks. Lastly, Plaintiff has acted under the "unclean hands" doctrine of the 15 U.S.C. §1125, et seq. ("Lanham Act") by engaging in the improper conduct regarding the subject matter of the cause of action to pursue the claim at issue. The "unclean hands" doctrine applies to equitable claims cases. Under the elements that determining the validity of "unclean hands", Plaintiff is engaging in conduct involving fraud, deceit of the public, bad faith towards the public face, amongst others. In light of Plaintiff's conduct, Plaintiff should not be permitted any remedy against Defendant in equity.

WHEREFORE, PREMISES CONSIDERED, Defendant, Gaea Hempworks, LLC, prays that this Court grants our Motion to Dismiss with Prejudice dismissing Plaintiff's causes of action against it and award Defendant its fees and costs, including attorney fees, reasonably incurred in connection to this matter, and any damages that the Court deems justified and reasonable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the 17th day of October 2022 by regular U.S. mail, by facsimile, or certified mail, return receipt requested, to the following parties or attorneys of record:

Mr. David Le Blanc
Greer, Herz & Adams, L.L.P.
2525 South Shore Boulevard
Suite 203
League City, Texas 77573

        Respectfully submitted,

        Gaea Hempworks, LLC

        */s/ Kimberly Garza*
        By: Kimberly Garza
        13902 Martinique Lane
        Mont Belvieu, Texas 77523
        Phone: 305 – 323 – 1738
        Email: kgarza@gaeahempworks.com
        PRO SE REPRESENTATIVE FOR DEFENDANT